UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BURNELL LAFRANCE**                        **CASE NO. 6:25-CV-00391**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**AAA ROADSIDE ASSISTANCE ET AL**      **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.[1]

**THUS DONE AND SIGNED** in Chambers on the 13th day of June, 2025.

*/s/ James D. Cain, Jr.*
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation recommends that the claims be dismissed with prejudice. But the magistrate judge correctly concluded that the court lacked diversity jurisdiction over the suit, and a dismissal for lack of subject matter jurisdiction must be without prejudice. *E.g.*, *Mitchell v. Bailey*, 982 F.3d 937, 944 (5th Cir. 2020).